Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 174118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:   213.457.8000
Facsimile:   213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Alison B. Riddell (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:   415.543.8700
Facsimile:   415.391.8269
Email: sboranian@reedsmith.com
ariddell@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE C. ISLAND, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC., a Corporation; MCKESSON CORPORATION, a Corporation; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No. C 07-1494 MMC<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657.

Plaintiff alleges personal injuries attributed to the prescription drug Vioxx®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed Vioxx, but voluntarily withdrew Vioxx from the market on September 30, 2004.

On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring 148 Vioxx -related cases to the United States District Court for the Eastern District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to seek the transfer of this action to that Multidistrict Litigation, *In re VIOXX Products Liability Litigation*, MDL No. 1657, and provided notice to the MDL Panel of the pendency of this "tag-along" action in a letter dated March 16, 2007. A stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation").

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

1  DATED:  April 4, 2007.

2  REED SMITH LLP

3

4  By  /s/
     Alison B. Riddell
5    Attorney for Defendant
     Merck & Co., Inc.

6

7  DATED: April 3, 2007

8  EDGAR LAW FIRM

9

10 By  /s/
     Donald S. Edgar
     Attorney for Plaintiff
11   Darlene Island

12

13 DATED: April 4, 2007.

14 MORRIS POLICH & PURDY

15

16 By  /s/
     Megan Wynne, Esq.
     Attorney for Defendant
17   McKesson Corp.

## ORDER

Having considered the foregoing stipulation and good cause appearing therefore, the Court hereby STAYS the above-titled action.

If, by June 29, 2007, the action has not been transferred to the Eastern District of Louisiana, the parties shall, on that date, file a joint status statement to apprise the Court of the status of the case.

IT IS SO ORDERED.

DATED: April 5, 2007

_____
United States District Judge